FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 15 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ESPANOLA JACKSON; et al.,<br><br>         Plaintiffs - Appellants,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; et al.,<br><br>         Defendants - Appellees. | No. 12-17803<br><br>D.C. No. 3:09-cv-02143-RS<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

This is a preliminary injunction appeal.

Appellants' unopposed motion for an extension of time to file the reply brief is granted. The reply brief is due May 20, 2013.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Tina Price
        Deputy Clerk

tsp/MOATT