CITY AND COUNTY OF SAN FRANCISCO | OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

CHRISTINE VAN AKEN
Deputy City Attorney

Direct Dial: (415) 554-4633
Email: christine.van.aken@sfgov.org

May 22, 2013

**VIA ECF**

Molly C. Dwyer
Clerk of the Court
United States Court of Appeals, Ninth Circuit
95 Seventh Street
San Francisco, CA 94103

Re: *Jackson v. City & County of San Francisco*,
Ninth Circuit Case No. 12-17803

Dear Madame Clerk:

    I will be arguing the above-referenced case, which is before the Court on appeal from the denial of a preliminary injunction, on behalf of the City and County of San Francisco. I will be away from the office August 12-16, 2013, due to a pre-paid family vacation, and I would greatly appreciate your taking that into consideration when calendaring the matter for argument.

    Thank you for your kind attention.

Very truly yours,

DENNIS J. HERRERA
City Attorney


CHRISTINE VAN AKEN
Deputy City Attorney

CITY HALL, RM 234 · 1 DR. CARLTON B. GOODLETT PLACE · SAN FRANCISCO, CALIFORNIA 94102
RECEPTION: (415) 554-4700 · FACSIMILE: (415) 554-4699

n:\government\ahall\christine van aken\00849190.doc

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY

Letter to Molly C. Dwyer
Page 2
May 22, 2013

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on May 22, 2013

## LETTER RE UNAVAILABILITY

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Executed May 22, 2013, at San Francisco, California.

*/s/Arlene Hall*
ARLENE HALL